UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-60029-Civ-COOKE/HUNT

ADRIANA HILL, *individually and
on behalf of all others similarly situated*,

    Plaintiff,

vs.

TLC DENTAL-HOLLYWOOD, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal with Prejudice (ECF No. 6). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 28th day of February 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick Hunt, U.S. Magistrate Judge*
*Counsel of Record*